STATE OF NEW JERSEY v. CONRAD CORLEY.

January 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN WILLIAMS.

January 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. BRADFORD KEATON.

January 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. COREY GEORGE KING.

January 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED DAVIS.

January 26, 1982.

Petition for certification denied.